**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **TERESA ALEXANDER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action** |
| **v.** | ) | **No. 7:21-CV-00086-HL** |
| | ) | |
| **THOMAS UNIVERSITY, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT THOMAS UNIVERSITY, INC.'S**
**MOTION FOR JUDGMENT ON THE PLEADINGS**

COMES NOW Thomas University, Inc., the Defendant herein, by and through the undersigned counsel, and, pursuant to Rules 12(b)(1) and 12(c) of the Federal Rules of Civil Procedure, hereby moves the Court to dismiss with prejudice all claims in this action for Plaintiff's (1) failure to state any claim upon which relief may be granted and (2) lack of standing to seek injunctive relief. In support of this motion, Defendant hereto attaches and incorporates by specific reference its memorandum of law in support.

**WHEREFORE**, Defendant respectfully prays that its motion for judgment on the pleadings be inquired into and granted and that all claims and this action in its entirety be dismissed with prejudice.

This 18th day of October, 2022.

Respectfully submitted,

**FREEMAN MATHIS & GARY, LLP**

*/s/ Michael M. Hill*
John D. Bennett
Georgia Bar No. 059212
Michael M. Hill
Georgia Bar No. 770486

*Counsel for Defendant*
*Thomas University, Inc.*

100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
T: (770) 818-0000
F: (770) 937-9960
E: jbennett@fmglaw.com
E: mhill@fmglaw.com