UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

TERESA ALEXANDER,

    Plaintiff,

v.                                Case No. 7:21-cv-86(HL)

THOMAS UNIVERSITY, INC.,

    Defendant.
_____/

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Teresa Alexander and Defendant Thomas University, Inc., hereby stipulate the dismissal with prejudice of all claims in the above captioned action. Each party will bear its own costs and attorneys' fees.

This 21st day of June, 2023.

*Signatures on the following page*

| | |
|---|---|
| /s/ Jim Garrity<br>Jim Garrity (FBN 539211)<br>203 North Gadsden Street<br>Tallahassee, FL    32301<br>Telephone:  (850) 383-4800<br>Facsimile:   (850) 383-4801<br>Jim@jimgarritylaw.com<br>Elizabeth@mattoxlaw.com<br>COUNSEL FOR PLAINTIFF | /s/ Michael M. Hill<br>John D. Bennett<br>Georgia Bar No. 059212<br>Michael M. Hill<br>Georgia Bar No. 770486<br>100 Galleria Parkway, Suite 1600<br>Atlanta, GA 30339<br>T: (770) 818-0000<br>F: (770) 937-9960<br>E: jbennett@fmglaw.com<br>E: mhill@fmglaw.com<br>Counsel for Defendant<br>Thomas University, Inc. |